UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5638**

Case Title: **Richard DeVore** vs. **United Parcel Service, Co.**

List all clients you represent in this appeal:

> Richard DeVore

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John S. Friend**    Signature: s/ **John S. Friend**

Firm Name: **Bishop Friend, PSC**

Business Address: **6520 Glenridge Park Place, Suite 6**

City/State/Zip: **Louisville, KY  40222**

Telephone Number (Area Code): **(502)425-2600**

Email Address: **firm@bishoplegal.net**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.