UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-5638**

Case Title: **Richard DeVore** vs. **United Parcel Service Co.**

List all clients you represent in this appeal:

**Richard DeVore**

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Lauren Freeman**   Signature: s/**Lauren Freeman**

Firm Name: **Bishop Friend, PSC**

Business Address: **6520 Glenridge Park Place, Suite 6**

City/State/Zip: **Louisville, KY 40222**

Telephone Number (Area Code): **502-235-4337**

Email Address: **lauren@bishoplegal.net**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---