## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 6, 2023

**Notice**

Ms. Lira Ann Johnson
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Mr. Chris K. Stewart
1935 Gardiner Lane
Suite D50
Louisville, KY 40205

Re: No. 22-5638
*Richard Devore v. United Parcel Service Co.*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, March 9, 2023**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy

cc: Mr. Tony C. Coleman
    Ms. Lauren E. Freeman
    Mr. John Saoirse Friend
    Ms. Suzanne Marino